IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-289-2FL

UNITED STATES OF AMERICA      :
                              :
          v.                  :
                              :
DESHAWNDRE M. HINTON          :

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant on February 14, 2017, and further evidence of record and as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as firearms and ammunition used in knowing violation of 18 U.S.C. § 922(j), or pursuant to 21 U.S.C. § 853, as property which is the proceeds of or was used to facilitate a violation of 21 U.S.C. § 846, to wit: a Browning, Model light 12, 12 gauge shotgun, bearing no serial number, and any and all ammunition;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1.     That based upon the Memorandum of Plea Agreement as to
the defendant DESHAWNDRE M. HINTON, the United States is hereby
authorized to seize the above-stated personal property, and it is
hereby forfeited to the United States for disposition in accordance
with the law, including destruction, as allowed by Fed. R.  Crim.
P. 32.2(b)(3).  In accordance with Fed. R. Crim. P. 32.2(b)(4)(A),
this Order is now final as to the defendant.

2.     That upon sentencing and issuance of the Judgment and
Commitment Order, the Clerk of Court is directed to incorporate a
reference to this Order of Forfeiture in the applicable section of
the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order
to all counsel of record.

SO ORDERED.   This 22nd day of Feb , 2017.

LOUISE W. FLANAGAN
United States District Judge